**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re<br><br>RICHARD HARRIS<br><br>      Chapter 13 Debtors | In proceedings under Chapter 13<br>Case No. 20-22154<br><br><br>Hon. Sean H. Lane |

-----------------------------------------------------------X

**NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER**
Approving a Final Loan Modification

**PLEASE TAKE NOTICE** that the undersigned counsel for Richard Harris, will present the attached proposed Order Approving a Final Loan Modification to the Honorable Sean H. Lane or any Bankruptcy Judge presiding in this matter at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601-5008, for signature on November 12, 2021 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 12:00 p.m. on November 5, 2021. Unless objections are received by that time, the order may be signed.

Dated: October 13, 2021                            Law Offices of Scott J. Goldstein, LLC

                                                    By:   /s/Scott J. Goldstein   016472004
                                                          SCOTT J. GOLDSTEIN
                                                          280 West Main Street
                                                          Denville, NJ 07834
                                                          Tel: (973) 453-2838
                                                          Fax: (973) 453-2869
                                                          sjg@sgoldsteinlaw.com
                                                          *Attorneys for Debtor*